565 U.S. 1054, 132 S. Ct. 811, 181 L. Ed. 2d 522, 2011 U.S. LEXIS 8451.

November 28, 2011. Richard T. Cotter, of Fort Myers Beach, Florida, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. D-2616. In the Matter of Discipline of J. Gordon Blau.**

565 U.S. 1054, 132 S. Ct. 811, 181 L. Ed. 2d 522, 2011 U.S. LEXIS 8473.

November 28, 2011. J. Gordon Blau, of Longwood, Florida, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. D-2717. In the Matter of Discipline of Henry Nissim Adorno.**

565 U.S. 1054, 132 S. Ct. 811, 181 L. Ed. 2d 522, 2011 U.S. LEXIS 8440.

November 28, 2011. Henry Nissim Adorno, of Miami, Florida, is suspended from the practice of law in this Court and a rule will issue, returnable within 40

days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

Same case below, 60 So. 3d 1016.

**No. D-2718. In the Matter of Discipline of Samuel Warren Cruse.**

565 U.S. 1054, 132 S. Ct. 812, 181 L. Ed. 2d 522, 2011 U.S. LEXIS 8459.

November 28, 2011. Samuel Warren Cruse, of Augusta, Georgia, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. D-2719. In the Matter of Discipline of Gregory Bartko.**

565 U.S. 1054, 132 S. Ct. 812, 181 L. Ed. 2d 522, 2011 U.S. LEXIS 8399.

November 28, 2011. Gregory Bartko, of Atlanta, Georgia, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

**No. D-2720. In the Matter of Discipline of Cabell Jones Regan.**

565 U.S. 1054, 132 S. Ct. 812, 181 L. Ed. 2d 522, 2011 U.S. LEXIS 8355.

November 28, 2011. Cabell Jones Regan, of Pittsboro, North Carolina, is suspended from the practice of law in this Court and a rule will issue, returnable within 40 days, requiring him to show

cause why he should not be disbarred from the practice of law in this Court.